**Anthony F. WOOD, Plaintiff— Appellant,**

v.

**EDUCATIONAL TESTING SERVICE, Defendant—Appellee.**

No. 10–2349.

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2011.

Decided: May 31, 2011.

Anthony F. Wood, Appellant Pro Se.

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony F. Wood appeals the district court's order dismissing his civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wood v. Educ. Testing Serv.*, No. 2:10–cv–00542–RBS–FBS (E.D. Va. filed Nov. 3, 2011 & entered Nov. 4, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*